PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURIE ANN ALI, | ) Civil No. 1:22-cv-00960-SKO |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) **(Doc. 11)** |
| Defendant. | ) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

1. Defendant's response to Plaintiff's Complaint is due October 31, 2022. Defendant has not previously requested an extension of this deadline.

2. The certified administrative record (CAR) in this case has not been finalized for filing. The agency's Office of Appellate Operations (OAO) is responsible for preparation of CARs. Counsel for the Commissioner is in contact with OAO to ensure that the CAR is properly certified for filing. OAO has indicated it needs additional time to prepare the CAR, accordingly, Defendant requests an extension of 60 days to respond to Plaintiff's Complaint.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that she has no objections.

4. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 30, 2022, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: *October 31, 2022*   By:   */s/ \*Jonathan Omar Pena*
                                  Jonathan Omar Pena
                                  Pena & Bromberg, Attorneys at Law
                                  *\*Authorized by email on October 31, 2022*
                                  Attorneys for Plaintiff

Date: *October 31, 2022*         PHILIP A. TALBERT
                                  United States Attorney
                                  Eastern District of California

                            By:   */s/ Oscar Gonzalez de Llano*
                                  OSCAR GONZALEZ de LLANO
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

**ORDER**

Based upon the foregoing stipulation of the parties, erroneously docketed as a motion (Doc. 11), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including December 30, 2022, to file the certified administrative record. All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 31, 2022**            /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE